UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

Sudhir Alankar
55 Deerfield Road
Morganville, NJ 07751
732 861-2282

---

In Re: Sudhir Alankar
*[Enter the debtor's name(s)]*

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2025 AUG -5  P 2: 47

Case No.: 25-13858-MBK
*[Enter the case number]*

Chapter: 13
*[Enter the chapter]*

Hearing Date: August 27, 2025
*[Enter the hearing date]*

Judge: Kaplan
*[Enter the judge's last name]*

## CERTIFICATION OF Sudhir Alankar
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* Sudhir Alankar, *[Enter their relationship to the case. For example: debtor, creditor]* debtor in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* Motion to vacate order of dismissal filed by me on *[Enter the date the motion was filed]* August 5, 2025.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

    1. The case was dismissed due to missing documents.
    2. All the required missing documents have now been filed.
    3. I can successfully begin and complete the Chapter 13 plan if the case is reinstated.

I certify under penalty of perjury that the above is true.

Date: Aug 5, 2025
*[Enter the date this document is signed]*

Signature
*[Of the party with actual knowledge of the facts set forth above]*